## Siegfried Schulein, Jr., Plaintiff in Error, v. Michael T. Tully, Defendant in Error.

### Gen. No. 18,199.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HOSEA W. WELLS, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1912. Reversed and remanded. Opinion filed November 21, 1913.

## Statement of the Case.

Action by Siegfried Schulein, Jr., against Michael T. Tully to recover damages from failure of a landlord to have the demised premises ready for occupancy by the stipulated time.  From a judgment for plaintiff for twenty-five dollars, plaintiff brings error.

CHARLES R. NAPIER and CHARLES S. MCILVAINE, for plaintiff in error.

FLYNN & LYON, for defendant in error.

MR. PRESIDING JUSTICE GRAVES delivered the opinion of the court.

## Abstract of the Decision.

1. APPEAL AND ERROR, § 1035*—*necessity of assigning error.* Error in instructions that is not assigned as error will not be considered.

2. LANDLORD AND TENANT, § 164*—*Measure of damages for les-sor's failure to complete premises in time.* A lessee kept out of occupancy of the demised premises by the failure of the lessor to complete it by the stipulated time may recover the cash market value of the leasehold interest for the time he was kept out of possession by reason of the fact that it was not ready for occupancy.

3. LANDLORD AND TENANT, § 164*—*evidence admissible where premises not completed in time.* On an issue of fact whether leased premises were ready for occupancy by the stipulated time, evidence is admissible to corroborate the tenant's own evidence on such issue.

4. LANDLORD AND TENANT, § 216*—*remedy for failure to furnish fixtures.* If a landlord fails to furnish fixtures that he agreed to furnish, the tenant has the right to buy and install the same and recover of the landlord the necessary costs of so doing.